Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiff was sustained.

**No. 59280.**—Chas. Kurz Co. *v.* United States, protest 238479–K (Philadelphia).

Opinion by LAWRENCE, J. The court considered the protest as having been abandoned, and the protest was dismissed.

**No. 59281.**—Silver & Company *v.* United States, protest 186701–K (San Francisco)'.

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59282.**—S & D Ades Company *v.* United States, protest 217439–K (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of so-called silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiff was sustained.

**No. 59283.**—City of Hankow Tassel Co. and Joseph A. Paredes & Co. et al. *v.* United States, protests 230385–K, etc. (San Francisco).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of so-called silk squares similar in all material respects to those the subject of *United States* v. *The Specialty House, Inc., Bryant & Heffernan, Inc., et al.* (42 C. C. P. A. 136, C. A. D. 585), the claim of the plaintiffs was sustained.